AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

SAMANTHA L. SANDOVAL and
DARIOUS (RANDY) SANDOVAL,

        Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY aka STATE
FARM FIRE AND CASUALTY
COMPANY,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:21-cv-171-TC

IT IS ORDERED AND ADJUDGED that

Plaintiffs' claims are dismissed with prejudice, and the parties are to bear their own fees and costs.

June 23, 2022
*Date*

BY THE COURT:

*Tena Campbell* (signature)
Tena Campbell
United States District Court Judge